**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROBERT J. KLORIK, | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 2:12-CV-00717-JRG |
| JAMES WALKER and RAYMOND HINES d/b/a HINES LOGGING, | § |
| *Defendants*. | § |

## ORDER

On this day, came on to be heard the Agreed Motion for Dismissal With Prejudice of Plaintiff Robert J. Klorik (Dkt. No. 55), and after having considered the merits of the Motion and the papers on file herein, the Court is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff take nothing from Defendants, and that the above-styled and numbered cause be, and it is hereby dismissed with prejudice to the right of any party to refile same or any part thereof.

It is further ORDERED, ADJUDGED and DECREED that all costs of Court shall be taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that all relief not granted herein is denied.

So Ordered and Signed on this

**Mar 18, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE